GAUTHIER, HOUGHTALING & WILLIAMS
James M. Williams
E-mail: james@ghwlegal.com
Inemesit U. O'Boyle
E-mail: inem@ghwlegal.com
Alanah O. Hebert
E-mail: alanah@ghwlegal.com
3500 N. Hullen Street
Metairie, LA 70002
Telephone:  504.456.8600
Facsimile:   504.456.8624


DAVILLIER LAW GROUP
Daniel Davillier
E-mail: daniel@davillierlawgroup.com
1010 Common Street, Suite 2150
New Orleans, Louisiana 70112
Telephone: 504.582.6998
Facsimile:  504.582.6985


Evan B. Delgado (State Bar No. 244266)
E-mail: ebd@evandelgado.com
16 N. Marengo Avenue
Suite 219
Pasadena, California 91101
Telephone:  213.973.7399
Facsimile:   888.528.5568

Attorneys for Plaintiff
Nicole Murphy

JS-6

Note:  Changes made
by the Court

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE MURPHY,<br><br>     Plaintiff,<br><br>  vs.<br><br>BANK OF AMERICA, a Delaware corporation, et al.,<br><br>     Defendants. | No. CV 10-6956 VBF (Ex)<br><br>**ORDER RE: MOTION FOR VOLUNTARY DISMISSAL**<br><br>Honorable Valerie Baker Fairbank<br><br>~~Hearing Date:------6/20/2011~~<br>~~Hearing Time:------1:30 p.m.~~ |

IT IS HEREBY ORDERED that defendants Troy Stratos and Richard Hack

be dismissed without prejudice with each party to bear their own costs.

This case is now closed.  All dates and hearings for this

matter are vacated.


DATED:___5-18-11___

*Valerie Baker Fairbank*

HON. VALERIE B. FAIRBANK
United States District Court Judge

GAUTHIER, HOUGHTALING, & WILLIAMS, LLP
3500 N. Hullen * Metairie, Louisiana 70002 * 504-456-8600 (o) * 504-456-8624 (f)

ORDER RE: MOTION FOR VOLUNTARY DISMISSAL