VENABLE LLP
DAVID A. KETTEL(SBN 125745)
TAMANY VINSON BENTZ (SBN 258600)
Email: dakettel@venable.com
tjbentz@venable.com
2049 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

Attorneys for Defendant TROY STRATOS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

NICOLE MURPHY

Plaintiff,

v.

TROY STRATOS et al.

Defendants.

CASE NO. CV 10-6956 VBF (Ex)

**DECLARATION OF DAVID A. KETTEL IN SUPPORT OF MOTION FOR SANCTIONS PURSUANT TO 28 U.S.C. § 1927**

Date: July 11, 2011
Time: 1:30 p.m.
Place Courtroom 9

Trial Date: n/a

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

I, David A. Kettel, declare as follows:

1. My name is David A. Kettel. I am over twenty-one years of age and suffer from no legal disability. I am an attorney admitted to practice in the State of California and before this Court, and am a partner in the law firm of Venable LLP. I am one of the attorneys responsible for representing Defendant Troy Stratos in the above captioned action.

2. This declaration is submitted on behalf of Troy Stratos in connection with his Motion for Sanctions pursuant to 28 U.S.C. § 1927. The facts set forth herein are true and accurate, and based upon my personal knowledge.

3. On April 7, 2011, I wrote a letter to James N. Williams and Alanah Odoms Hebert who are counsel for Plaintiff Nicole Murphy in the above captioned action. The letter was in response to the Court's April 6 Order dismissing Plaintiff's claims against several defendants, including claims that were identical to those asserted against Mr. Stratos. The letter specifically requested that Plaintiff voluntarily dismiss her federal Complaint against Mr. Stratos and noted if she was unwilling to do so, then Mr. Stratos would file a motion to dismiss. A true and correct copy of my letter is attached hereto as Exhibit A.

4. Because Mr. Williams and Ms. Hebert never responded to my letter of April 7, I began calling them to follow-up on the unresolved dismissal, and left telephone messages for them on April 11, 13, 18, and 19. Also on April 19, I sent a second letter to Mr. Williams and Ms. Hebert. This letter also requested that counsel meet and confer regarding Mr. Stratos' anticipated motion to dismiss. Additionally, the letter informed counsel that under the circumstances Mr. Stratos would seek his costs, expenses, and attorneys' fees incurred as a result of having to file a motion to dismiss, even if Plaintiff subsequently filed a notice of non-opposition or voluntarily dismissed her claims *after* Mr. Stratos filed his motion to dismiss. A true and correct copy of my second letter to counsel is attached hereto as Exhibit B.

5. On May 17, 2011, after the Court dismissed Plaintiff's complaint as to Mr. Stratos, only hours after Mr. Stratos filed his own Motion to Dismiss, I sent Plaintiff's counsel an e-mail requesting that they reimburse Mr. Stratos for the attorneys' fees and costs he incurred in connection with having to prepare and file his motion to dismiss. A true and correct copy of this e-mail is attached hereto as Exhibit C.

6. On May 18, 2011, I telephoned Mr. Williams and Ms. Hebert to discuss Mr. Stratos' motion for the award of costs, expenses, and attorneys' fees, and I left voice messages for both of them. That same day, I sent a letter to Mr. Williams and Ms. Hebert attempting to reach a resolution of Mr. Stratos' motion for the award of costs, expenses, and attorneys' fees. Neither of them responded to my voice messages or my letter. A true and correct copy of my May 18, 2011 letter is attached hereto as Exhibit D.

7. I have reviewed the attorney time and work reflected in the invoices and, where appropriate, have made reductions of time to account for work on matters unrelated to Mr. Stratos' motion to dismiss, motion for sanctions, or related correspondence with Plaintiff's counsel.

8. From April 6, 2011, the date of the Court's Order dismissing Plaintiff's claims against Defendants Beede, Zigel, and Bank of America, to May 17, 2011, the day Plaintiff voluntarily withdrew her claims Mr. Stratos has incurred at least $15,246.00 in attorneys' fees and costs.

| Timekeeper | Hours | Rate | Fees |
|---|---|---|---|
| David Kettel | 11.7 | $630 | $7371.00 |
| Tamany Vinson Bentz | 17.5 | $450 | 7875.00 |
| TOTAL | | | $15,246.00$15246.00 |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

9. From May 17, 2011 to the filing of this motion Mr. Stratos has incurred at least $5,103.00 in attorneys' fees and costs.

| Timekeeper | Hours | Rate | Fees |
|---|---|---|---|
| David Kettel | 15.1 | $630 | $9513.00 |
| Tamany Vinson Bentz | 11.0 | $450 | $4950.00 |
| TOTAL | | | $14,463.00$14463.00 |

10. I have been practicing law for almost twenty-five years, as both a civil litigator in private practice and as a federal prosecutor at the U.S. Attorney's office in Los Angeles. I was previously a partner with the law firm of Baker Hostetler and was a federal prosecutor from 2002 to 2008. In March 2008, I returned to private practice as a partner at Venable LLP. For the past almost twenty-five years, I have litigated civil and criminal cases in state and federal courts, as well as in all types of ADR forums.

11. The hourly rate charged by me in this matter ($630) is consistent, if not on the low end, of the rates charged in Los Angeles by attorneys with experience similar to mine. Indeed, in my experience from having worked for the last almost 25 years in Los Angeles, attorneys with experience similar to mine typically charge hourly rates between $700.00 and $750.00.

12. My associate Tamany Vinson Bentz is a 2004 graduate of the University of Pennsylvania School of Law. After clerking for the Honorable Sue L. Robinson in the United States District Court for the District of Delaware from 2004-2005, Ms. Vinson Bentz joined Venable LLP, with her practice focusing on the representation of businesses in civil complex litigation. Ms. Vinson Bentz's hourly rate charged in this matter is $450.00, which is a reasonable and allowable rate for attorneys with her experience and background at similarly situated Los Angeles firms.

13. As set forth above, Mr. Stratos incurred attorneys' fees in excess of $29,709.00 for over 55.3 hours of attorney time associated with his motion to

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

dismiss and motion for sanctions. All of the attorney time and work summarized above was necessary in order to obtain a dismissal of Plaintiff's claims and to prepare this motion for sanctions. In the event the Court conducts a live hearing on Mr. Stratos' motion for sanctions, I anticipate that Mr. Stratos will incur at least an additional $1890.00 in attorneys' fees for me to appear at such hearing. Accordingly, for the purpose of this motion, Mr. Stratos respectfully requests sanctions in the amount of $29,709.00 if this matter is taken under submission without a hearing, or $31,599.00 if the Court conducts a live hearing, in order to reimburse Mr. Stratos for expenses and attorneys' fees reasonably incurred as a result of Plaintiff's counsel's reckless and bad faith conduct.

14. Although Mr. Stratos contends he was not properly served with the summons and complaint in this matter, he agreed to waive service in order to avoid the expense of litigating the issue of service and also to save Plaintiff the cost of having to personally serve him.

15. A true and correct copy of the Florida state court complaint filed against Mr. Stratos and others is attached hereto as Exhibit E.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on May 31, 2011, in Los Angeles, California.

DAVID A. KETTEL

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of June, 2011, a copy of the foregoing **DECLARATION OF DAVID A. KETTEL IN SUPPORT OF MOTION FOR SANCTIONS PURSUANT TO 28 U.S.C. § 1927** was served on the following counsel of record by CM/ECF:

Daniel Davillier
Davillier Law Group LLC
1010 Common Street Suite 2150
New Orleans, LA 70112
504-582-6998
504-582-6985 (fax)
daniel@davillierlawgroup.com

Inemesit U O'Boyle
James M Williams
Gauthier Houghtaling & Williams
3500 North Hullen Street
Metaire, LA 70002
504-456-8600
504-456-8624 (fax)
inem@ghwlegal.com
jmw@ghwlegal.com

Evan Blair Delgado
16 N. Marengo Ave., Ste. 219
Pasadena, CA 91101
213-973-7399
888-528-5568 (fax)
ebd@evandelgado.com

Dated: June 1, 2011

Venable LLP

/s/Tamany Vinson Bentz
Tamany Vinson Bentz
Attorneys for Defendant Troy Stratos